**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FLOYD M. MINKS,**

          **Plaintiff,**

**-vs-**                              **Case No. 6:05-cv-1894-Orl-31KRS**

**POLARIS INDUSTRIES, INC.,**

          **Defendant.**

## ORDER

Upon consideration of Plaintiff's Motion for Taxation of Costs and Prejudgment Interest (Doc. 148) and Plaintiff's opposition thereto (Doc. 153), the Court concludes that prejudgment interest is appropriate under the facts and circumstances of this case. Accordingly, it is

**ORDERED** that Plaintiff's Motion is GRANTED, in part.[1] The judgment to be entered in this case will include prejudgment interest from October 28, 2005 until the date of the judgment, at the rate of 7.5% per annum.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 21, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                    GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

---

[1] The Court reserves ruling on the issue of costs, until the matter has been fully briefed.